Revised 04/2009

Application (1)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS

2010 NOV 16 PM 2:02

IN RE:

| | |
|---|---|
| Rickey Don and Linda D. Crossland | 95-31087 |
| Debtor | Bankruptcy Case Number |

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the Claimant identified below to make Application for an Order authorizing payment of unclaimed funds now on deposit in the Treasury of the United States for the benefit of Claimant. Claimant was a creditor/debtor in the above captioned bankruptcy case and has not received payment of these funds which are due and owing to the Claimant. Claimant further states that Claimant is:

NAME OF CLAIMANT: Jeffrey J. Lenches dba National Recovery Solutions, attorney-in-fact for Gary Campbell

MAILING ADDRESS: P.O. Box 51

CITY: Berkeley    STATE: CA    ZIP: 94701-0051

and that a dividend in the amount of $ __$7250.70__ was awarded in this case which dividend is currently unclaimed and held by the Clerk of Court.

Claimant certifies under penalty of perjury that all statements made by Claimant on this Application and any attachments required for this Application are, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the pro rata dividend due upon this claim.

Date: 11/05/2010

Claimant's Signature

Mail to:    United States Bankruptcy Court
            110 N. College Avenue, 8th Floor
            Tyler, TX 75702

Revised 04/2009

Certificate of Service (2)

# CERTIFICATE OF SERVICE

In accordance with Title 28 U.S.C. Section 2042, the undersigned hereby certifies that on the date designated below a true copy of this application with all required attachments was mailed to [check one as applicable]:

For all cases in **Beaumont & Lufkin** divisions (five-digit case number beginning with 1 or 9):

☐ Office of the United States Attorney
Eastern District of Texas
Attn: Unclaimed Funds Requests
350 Magnolia Avenue, Suite 150
Beaumont, TX 77701-2248

For all cases in **Marshall & Tyler** divisions (five-digit case number beginning with 2 or 6):

☐ Office of the United States Attorney
Eastern District of Texas
Attn: Unclaimed Funds Requests
110 North College Avenue, Suite 700
Tyler, TX 75702-0204

For all cases in **Paris, Sherman, & Texarkana** divisions (five-digit case number beginning with 3, 4 or 5):

☒ Office of the United States Attorney
Eastern District of Texas
Attn: Unclaimed Funds Requests
101 East Park Boulevard, Suite 500
Plano, Texas 75074-8858

Date: 11/05/2010

_____
Claimant's Signature

## POWER OF ATTORNEY

I, Gary Campbell, hereby appoint Jeffrey J. Lenches dba National Recovery Solutions to act in my capacity only to do the following:

I authorize Jeffrey J. Lenches to claim any property held by the United States Bankruptcy Court on my behalf and further grant the attorney authority to do whatever is necessary and proper to recover the aforementioned unclaimed funds only, hereby confirming all that the attorney shall lawfully do or cause to be done. Nevertheless, the attorney shall have no authority to incur any financial obligation or to make any expenditure on my behalf.

This Power of Attorney shall expire 6 months from the date hereof unless otherwise extended by an amendment, which is attached hereto.

Signed _Gary Campbell_                              Dated: October 22, 2010

STATE OF TEXAS
COUNTY OF TRAVIS

Before me Gary Campbell personally appeared and acknowledged to me that he/she is the person whose name is subscribed within the instrument and acknowledged the execution thereof to be his/her free act.

Notary Signature:                                    NOTARY SEAL



