EOD

12/22/2010

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| IN RE: | § |
| | §    CASE NO. 95-31087 |
| RICKEY DON & LINDA D. | § |
| CROSSLAND | § |
| | § |
| Debtors. | § |

## ORDER VACATING ORDER GRANTING
## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Upon a review of the Order Granting Application for Payment of Unclaimed Funds entered on the docket December 17, 2010, the Court finds that the Order was entered in error due to a clerical error. Accordingly,

IT IS THEREFORE ORDERED that the Order Granting Application for Payment of Unclaimed Funds entered on the docket December 17, 2010 is hereby VACATED.

Signed on 12/22/2010

_____ MD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE