
01/27/2011

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Rickey Don Crossland | § | CASE NO. 95-31087 |
| Linda Dianne Crossland | § | |
| | § | CHAPTER 7 |
| | § | |
| DEBTOR(s). | § | |

### ORDER DENYING APPLICATION FOR PAYMENT OF DIVIDEND FROM UNCLAIMED FUNDS
Document Number [1]

Came on for consideration at the scheduled hearing on January 25, 2011, the Application for Payment of Dividend from Unclaimed Funds, and for the reasons stated into the record the Court finds that the Application should be and is hereby DENIED.

Signed on 01/27/2011

*Brenda T. Rhoades*   SR

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE